1  GILBERT HERNANDEZ
   Nevada Bar No. 11153
2  COZEN O'CONNOR
   501 West Broadway, Suite 1610
3  San Diego, CA 92101
   Toll Free Phone: 800.782.3366
4  Facsimile: 619.234.7831

5  Designation for Service Only:
   Schuetze & McGaha
6  601 South Rancho Drive, Suite C-20
   Las Vegas, NV 89106
7
   Attorneys for Plaintiff PACIFIC INDEMNITY COMPANY
8

9

10                     UNITED STATES DISTRICT COURT

11                          DISTRICT OF NEVADA

12  PACIFIC INDEMNITY COMPANY, a Wisconsin  ) Case No. 2:14-cv-01533-APG-NJK
    corporation,                            )
13                                          )
                          Plaintiff,        ) [PROPOSED] JOINT DISCOVERY
14                                          ) PLAN AND SCHEDULING ORDER
         - vs -                             )
15                                          ) [SPECIAL SCHEDULING REVIEW
                                            ) REQUESTED]
16  REEL EFX, INC., a California corporation; )
    NIDEC MOTOR CORPORATION, a Delaware )
17  corporation; and DOES 1 - 30, inclusive, )
                                            )
18                        Defendants.       )
                                            )
19  _____)
                                            )
20  AND RELATED CROSS-ACTION.              )
                                            )
21  _____)

22       COMES NOW, Plaintiff Pacific Indemnity Company, by and through its attorneys of record,

23  Gilbert Hernandez, of the law firm COZEN O'CONNOR; Defendant/Cross-Claimant Reel EFX,

24  Inc., by and through its attorneys of record, Timothy F. Hunter, of the law firm RAY LEGO &

25  ASSOCIATES; and Defendant/Cross-Defendant Nidec Motor Corporation, by and through its

26  attorneys of record, David W. Gutke, of the law firm SNELL & WILMER L.L.P., and hereby submit

27  this Proposed Joint Discovery Plan and Scheduling Order.

28  ///

**Fed.R.Civ.P.26(f) Conference**

The parties conducted the FRCP 26(f) conference on December 16, 2014 and there were no discovery disputes at that time. The parties have agreed to serve their Initial Disclosures by **December 30, 2014** – 14 days from the date of the FRCP Rule 26 conference. Discovery will be needed on subjects of liability and damages. Based upon counsels' review of the issues in this case, the parties now propose the following discovery plan:

1. **Discovery Cut-Off Date:** Defendant Nidec Motor Corporation filed its Answer to Plaintiff's First Amended Complaint on October 23, 2014. Based upon the issues reviewed by counsel, the parties require 240 days for discovery. The reason for the special scheduling request is that this is a product liability action of a highly technical nature, and the parties' consultants will require time for additional destructive testing of evidence. The parties request a discovery cut-off date of **June 19, 2015**.

2. **Amending the Pleadings and Adding Parties:** The parties request that all motions to amend the pleadings or to add parties be filed no later than **March 20, 2015** – 90 days prior to the proposed close of discovery.

3. **Fed.R.Civ.P.26(a)(2) Disclosure (Experts):** The parties request the disclosure of experts be made on or before **April 20, 2015** – 60 days before the proposed discovery cut-off date. Disclosure of rebuttal experts shall be made by **May 20, 2015** – 30 days after the initial disclosure of experts.

4. **Interim Status Report:** The parties shall file the interim status report required by LR26-3 by **April 20, 2015**, which is 60 days before the discovery cut-off date.

5. **Dispositive Motions:** The date for filing dispositive motions shall not be later than **July 20, 2015** – 31 days after the proposed discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

6. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than **August 19, 2015** – 30 days after the cut-off date for filing dispositive motions. In the event that

dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

7. **Fed.R.Civ.P.26(a)(3) Disclosure:** The disclosures required by Fed.R.Civ.P.26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

8. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made no later than 21 days before the subject deadline.

Requests to extend discovery deadline must comply fully with LR 26-4.

DATED this 16th day of December, 2014.

COZEN O'CONNOR

By: /s/ Gilbert Hernandez
    GILBERT HERNANDEZ
    Nevada Bar No. 11153
    501 West Broadway, Suite 1610
    San Diego, CA 92101
    Toll Free Phone: 800.782.3366
    Facsimile: 619.234.7831
*Attorneys for Plaintiff PACIFIC INDEMNITY COMPANY*

SNELL & WILMER L.L.P.

By: /s/ David W. Gutke
    DAVID W. GUTKE
    TIMOTHY O'NEILL
    Nevada Bar No. 09820
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    Telephone: 702.784.5200
    Facsimile: 702.784.5252
*Attorneys for Defendant/Cross-Defendant NIDEC MOTOR CORPORATION*

///

RAY LEGO & ASSOCIATES

By: /s/ Timothy F. Hunter
    TIMOTHY F. HUNTER
    Nevada Bar No. 10622
    7450 Arroyo Crossing Parkway, Suite 250
    Las Vegas, NV 89113
    Telephone: 702.479.4350
    Facsimile: 702.270.4602
*Attorneys for Defendant/Cross-Claimant REEL EFX, INC.*

IT IS SO ORDERED.
DATED: December 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge