**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| PACIFIC INDEMNITY COMPANY, | Case No. 2:14-CV-01533-APG-NJK |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| REEL EFX, INC., *et al.*, | (Dkt. #8) |
| Defendants. | |

In light of Plaintiff's First Amended Complaint (Dkt. #7),

IT IS ORDERED that Defendant Nidec Motor Corporation's Motion to Dismiss (Dkt. #5), which was directed at the original complaint, is DENIED as moot.

DATED this 20th day of January, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE