UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PACIFIC INDEMNITY COMPANY, ) <br> ) <br> Plaintiff(s),  ) <br> ) <br> vs.  ) <br> ) <br> REEL EFX, INC., et al.,  ) <br> ) <br> Defendant(s).  ) <br> ) | Case No. 2:14-cv-01533-APG-NJK <br><br> ORDER |

The parties filed a notice of settlement on September 29, 2016. Docket No. 37. The parties are hereby **ORDERED** to file, no later than December 30, 2016, either (1) dismissal papers or (2) a joint status report.

IT IS SO ORDERED.

Dated: December 23, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge